IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASHINC CORPORATION, *et al.*, | : <br> : | Chapter 11 <br> Bankr. No. 12-11564 (CSS) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | |
| Plaintiff, | : <br> : | Civ. No. 21-994-UNA |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | : <br> : <br> : <br> : | |
| Intervenors, | : <br> : | |
| v. | : <br> : | |
| YUCAIPA AMERICAN ALLIANCE FUND L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | : <br> : <br> : <br> : | |
| Defendants. | : | |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co-administrative agent,<br><br>          Plaintiff,<br><br>YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P.,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civ. No. 21-995-UNA<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

The Court having considered the *Emergency Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal* filed in the above-captioned appeals (Civ. No. 21-994-UNA D.I. 4; Civ. No. 21-995-UNA D.I. 4) ("Emergency Stay Motions"); and it appearing that the stay of the Judgment is set to expire on July 14, 2021 ("Current Stay"); it is hereby ORDERED:

1. The Current Stay is extended through and including August 3, 2021;

2. A response to the Emergency Stay Motions shall be filed by July 19, 2021;

3. A reply in further support of the Emergency Stay Motions shall be filed

by July 23, 2021.

                              Entered this 13th day of July, 2021.

                              _____
                              UNITED STATES DISTRICT JUDGE