## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, et al., | Case No. 12-11564 (CSS) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | Adv. Proc. No. 13-50530 (CSS) |
| Plaintiff, | Civ. Action No. 1:21-cv-00994-CFC |
| BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| v. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., MARK GENDREGSKE, JOS OPDEWEEGH, JAMES FRANK, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK, | |
| Defendants. | |

| | |
|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BLACK DIAMOND OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM INVESTMENT PARTNERS, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C., as co-administrative agent, and SPECTRUM COMMERCIAL FINANCE LLC, as co- | Adv. Pro. No. 14-50971 (CSS) |
| | Civ. Action No. 1:21-cv-00995-CFC |

administrative agent,

        Plaintiff,

v.

YUCAIPA AMERICAN ALLIANCE FUND I, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., YUCAIPA AMERICAN ALLIANCE FUND II, L.P., YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND II, L.P., RONALD BURKLE, JOS OPDEWEEGH, DEREX WALKER, JEFF PELLETIER, IRA TOCHNER, and JOSEPH TOMCZAK,

        Defendants.

### APPELLANT'S DESIGNATION OF THE RECORD ON APPEAL AND STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL

Appellant Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. (collectively, "Yucaipa") pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(1)(A), hereby designates the following items[1] to be included in the record on appeal and states the issues to be presented on appeal:

### I.    Designation of Items to be Included in the Record on Appeal

### Adv. Pro. No. 13-50530 (CSS)

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| 1 | 02/01/13 | Official Committee of Unsecured Creditors' Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Avoidance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |

---

[1]  Unless otherwise indicated, the designation of each item herein includes any exhibits and/or attachments filed together with that item under the same docket number.  The designation also includes the sealed version of any document that was filed under seal.

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| 16 | 02/11/13 | Answer and Affirmative Defenses of Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund II, L.P. and Yucaipa American Alliance (Parallel) Fund II, L.P. |
| 76 | 03/14/13 | The Official Committee of Unsecured Creditors' Amended Complaint for (I) Equitable Subordination, (II) Recharacterization, (III) Breach of Contract, (IV) Specific Performance, (V) Breaches of Fiduciary Duties, (VI) Aiding and Abetting Breaches of Fiduciary Duties, (VII) Allowance and Recovery of Avoidable Transfers, and (VIII) Disallowance of Certain Claims |
| 95 | 04/01/13 | Answer to Amended Complaint |
| 415 | 07/17/17 | Order Substituting Plaintiffs and Amending Captions in Above-Referenced Adversary Proceedings to Reflect Litigation Trustee as Plaintiff |
| 416 | 08/31/17 | Certification of Counsel Regarding Agreed Amended Scheduling Order |
| 429 | 05/24/18 | Yucaipa and the Yucaipa-Affiliated Directors' Reply to Mark Gendregske's Motion for an Order Directing Mediation |
| 599 | 07/25/19 | Joint Procedural History |
| 695 | 05/01/20 | Letter to The Honorable Karen B. Owens Regarding Yucaipa Defendants Motions for Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |
| 696 | 05/01/20 | Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. |
| 697 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P |
| 698 | 05/01/20 | Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner |
| 699 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker. |
| 700 | 05/01/20 | [SEALED] Declaration of Kahn Scolnick in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P.. |

3

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| 701 | 05/01/20 | [SEALED] Declaration of Derex Walker in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 702 | 05/01/20 | [SEALED] Declaration of Ira Tochner in Support of Motion for Summary Judgment Filed by Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 703 | 05/01/20 | [SEALED] Declaration of Jeff Pelletier in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 704 | 05/01/20 | [SEALED] Declaration of Jos Opdeweegh in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 705 | 05/01/20 | Litigation Trustee's Motion for Partial Summary Judgment |
| 706 | 05/01/20 | [SEALED] Memorandum of Law Litigation Trustee's Memorandum in Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 710 | 05/01/20 | [SEALED] Declaration in Support of Motion for Partial Summary Judgment of Gila S. Singer Filed by Catherine E. Youngman. |
| 712 | 05/01/20 | [NOTICE OF PROPOSED REDACTED VERSION OF DOCUMENT]Memorandum of Law in Support of Litigation Trustee's Motion for Partial Summary Judgment (Redacted) Filed by Catherine E. Youngman. |
| 713 | 05/01/20 | Declaration in Support of Motion for Partial Summary Judgment of Gila S. Singer Filed by Catherine E. Youngman |
| 719 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 720 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker |
| 721 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Kahn Scolnick in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, |

4

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| | | Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 722 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Derex Walker in Support of Motion for Summary Judgment (related document(s)698, 701) Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 723 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Ira Tochner in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 724 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Jeff Pelletier in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 725 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Jos Opdeweegh in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 729 | 05/08/20 | [SEALED] Declaration of Ronald Burkle in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 731 | 05/11/20 | Declaration - (REDACTED) Declaration of Ronald Burkle in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 759 | 08/14/20 | Transcript regarding Hearing Held 8/11/20 RE: Status. |
| 762 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 763 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Brief Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund |

5

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| | | I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 764 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker. |
| 765 | 08/21/20 | Notice of Filing Proposed Redacted Version of Brief Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker. |
| 766 | 08/21/20 | [SEALED] Brief - Opposition to the Litigation Trustee's Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Ira Tochner, Derex Walker, Jos Opdeweegh, and Jeff Pelletier Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 767 | 08/21/20 | [SEALED] Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 768 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner Filed by Catherine E. Youngman |
| 769 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Litigation Trustee's Opposition To The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner Filed by Catherine E. Youngman |
| 770 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Catherine E. Youngman |
| 771 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Litigation Trustee's Opposition To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Catherine E. Youngman |
| 772 | 08/21/20 | Declaration in Support /Declaration Of Gila S. Singer In Support Of Litigation Trustee's Oppositions To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P., And The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner |
| 775 | 08/26/20 | Notice of Filing of Proposed Redacted Version of Document - |

6

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| | | (REDACTED) Opposition to the Litigation Trustee's Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Ira Tochner, Derex Walker, Jos Opdeweegh, and Jeff Pelletier Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 776 | 08/26/20 | Notice of Filing of Proposed Redacted Version of Document - (REDACTED) Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 793 | 12/01/20 | Stipulation of Voluntary Dismissal With Prejudice |
| 794 | 12/18/20 | [SEALED]Memorandum of Law Litigation Trustees Reply Memorandum in Further Support of Motion for Summary Judgment Filed by Catherine E. Youngman |
| 795 | 12/18/20 | Memorandum of Law Litigation Trustee's Reply Memorandum in Further Support of Motion for Summary Judgment Filed by Catherine E. Youngman. |
| 796 | 12/18/20 | [SEALED] Declaration of Gila S. Singer in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 797 | 12/18/20 | Declaration of Gila S. Singer in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 798 | 12/18/20 | [SEALED] Declaration of Richard A. Ehrlich in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 799 | 12/18/20 | Notice of Proposed Redacted Version of Document: Declaration of Richard A. Ehrlich in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 800 | 12/18/20 | [SEALED] Declaration of Adam C. Harris in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 801 | 12/18/20 | Declaration of Adam C. Harris in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 802 | 12/18/20 | Declaration of Jeffrey A. Schaffer in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 803 | 12/18/20 | [SEALED] Reply in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, |

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| | | L.P. |
| 804 | 12/18/20 | [SEALED] Declaration of Maurice M. Suh in Further Support of Yucaipa Defendants' Motion for Summary Judgment Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 808 | 12/23/20 | Notice of Filing of Proposed Redacted Version of Document - (REDACTED) Reply in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 816 | 02/08/21 | Letter to Chief Judge Sontchi regarding letter briefs addressing Maxus case Filed by Catherine E. Youngman |
| 818 | 02/16/21 | ***REVISED AT DI #822***. Transcript Regarding Hearing Held 2/4/21 RE: Summary Judgment. |
| 819 | 02/19/21 | Letter to the Honorable Christopher S. Sontchi from Kahn Scolnick Regarding Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 820 | 02/19/21 | Letter to Chief Judge Christopher S. Sontchi Filed by Catherine E. Youngman |
| 821 | 02/23/21 | Letter to the Honorable Christopher S. Sontchi Regarding Response to Litigation Trustee's Letter on Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 822 | 03/17/21 | Transcript regarding Hearing Held 2/4/21 RE: Cross Motions for Summary Judgment. |
| 825 | 05/04/21 | Opinion |
| 826 | 05/04/21 | Order |
| 828 | 05/18/21 | Objection to Proposed Findings of Fact and Conclusions of Law Pursuant to FRBP 9033 Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 829 | 05/18/21 | Letter to Judge Sontchi Transmitting Proposed Judgment Filed by Catherine E. Youngman |
| 830 | 05/18/21 | Objection to Entry of Judgment and Additional Objections to the Proposed Form of Judgment Submitted by the Litigation Trustee; Request for Stay in the Alternative Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 836 | 06/22/21 | Litigation Trustee's Memorandum In Response To: (1) Yucaipa's Objections To Summary Judgment Opinion And Order, Entry Of Judgment, And Proposed Form Of Judgment, And (2) Questions From The Court Filed by Catherine E. Youngman |
| 837 | 06/22/21 | Letter to Chief Judge Sontchi regarding Amended Proposed Form of Judgment Filed by Catherine E. Youngman. |
| 838 | 06/22/21 | Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa |

8

| Adv. Pro No. 13-50530, Docket No. | Date Filed | Description |
|---|---|---|
| | | American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 839 | 06/22/21 | Motion for Leave to File Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 840 | 06/23/21 | Order Granting Motion for Leave to File Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment |
| 841 | 06/23/21 | Judgment |
| 845 | 06/25/21 | Motion To Stay Pending Appeal Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 848 | 06/25/21 | Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 849 | 06/25/21 | Order (WITH REVISION OF THE COURT) Granting Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal |
| 850 | 06/25/21 | Notice of Hearing Regarding Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 857 | 07/06/21 | ORDER STAYING ENFORCEMENT OF JUDGMENT |
| 858 | 07/06/21 | Notice of Appeal |
| 864 | 07/08/21 | Transcript regarding Hearing Held 07/06/21 |

### Adv. Pro. No. 14-50971

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| 1 | 11/19/14 | Complaint for (I) Equitable Subordination, (II) Breach of Contract, (III) Breach of Implied Duty of Good Faith and Fair Dealing, and (IV) Tortious Interference With Contract |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| 7 | 02/10/15 | Motion for Withdrawal of Reference. (Civ. No. 15-256).. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 8 | 02/10/15 | Memorandum of Law in Support of Motion to Withdraw the Reference. (Civ. No. 15-256)  Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P.. |
| 9 | 02/10/15 | Motion to Determine Defendants' Motion Pursuant to Local Rule 5011-1 to Determine Core/Non-Core Status. (Civ. No. 15-256) Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 19 | 02/19/15 | Answer to Complaint, Counterclaim by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. against BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 28 | 03/10/15 | Response to Defendants' Motion to Withdraw the Reference. (Civ. No. 15-256) Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 29 | 03/10/15 | Response to Defendants' Motion to Determine Core/Non-Core Status. (Civ. No. 15-256) Filed by BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. |
| 33 | 03/12/15 | [SEALED] Answer to Complaint Counterclaim by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. against BDCM Opportunity Fund, II, LP, Black Diamond CLO 2005-1 Ltd., Black Diamond Commercial Finance, L.L.C., as Co-Administrative Agent, Spectrum Commercial Finance LLC, as Co-Administrative Agent, Spectrum Investment Partners, L.P. Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 45 | 03/20/15 | Reply in Support of Defendants' Motion to Withdraw the Reference Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P. |
| 69 | 05/14/15 | Certification of Counsel Regarding Agreed Order Concerning Defendants' Motion to Determine Core/Non-Core Status Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance (Parallel) Fund II, L.P., Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance Fund II, L.P.. |
| 70 | 05/18/15 | Agreed Order |
| 73 | 03/24/15 | Notice of Docketing (COPY FROM DISTRICT COURT) Motion to Withdraw the Reference. (Civil Action No. 15-256). (related document(s)7) (DMC) (Entered: 05/20/2015) |
| 98 | 11/16/15 | Order (COPY OF ORDER FROM DISTRICT COURT) Denying Motion to Withdraw the Reference and Motion for Interlocutory Appeal. Order Signed on 11/13/2015. Modified on 11/17/2015. |
| 214 | 07/17/17 | Order Substituting Plaintiffs and Amending Captions in Above-Referenced Adversary Proceedings to Reflect Litigation Trustee as Plaintiff |
| 215 | 08/31/17 | Certification of Counsel Regarding Agreed Amended Scheduling Order |
| 452 | 05/01/20 | Letter to The Honorable Karen B. Owens Regarding Yucaipa Defendants Motions for Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 453 | 05/01/20 | Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P. |
| 454 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P |
| 455 | 05/01/20 | Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner |
| 456 | 05/01/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker. |
| 457 | 05/01/20 | [SEALED] Declaration of Kahn Scolnick in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 458 | 05/01/20 | [SEALED] Declaration of Derex Walker in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 459 | 05/01/20 | [SEALED] Declaration of Ira Tochner in Support of Motion for Summary Judgment Filed by Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 460 | 05/01/20 | [SEALED] Declaration of Jeff Pelletier in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 461 | 05/01/20 | [SEALED] Declaration of Jos Opdeweegh in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 462 | 05/01/20 | Litigation Trustee's Motion for Partial Summary Judgment |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| 463 | 05/01/20 | [SEALED] Memorandum of Law Litigation Trustee's Memorandum in Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 464 | 05/01/20 | [SEALED] Declaration in Support of Motion for Partial Summary Judgment of Gila S. Singer Filed by Catherine E. Youngman. |
| 465 | 05/01/20 | [NOTICE OF PROPOSED REDACTED VERSION OF DOCUMENT] Memorandum of Law in Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 466 | 05/02/20 | [NOTICE OF PROPOSED REDACTED VERSION OF DOCUMENT]Declaration in Support Support of Motion for Partial Summary Judgment of Gila S. Singer |
| 470 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 471 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker |
| 472 | 05/06/20 | Notice of Filing of Final Redacted Version of - *(REDACTED) Declaration of Derex Walker in Support of Motion For Summary Judgment* Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 473 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Ira Tochner in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 474 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Jeff Pelletier in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 475 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Jos Opdeweegh in Support of Motion For Summary Judgment Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | American Alliance Fund I, L.P. |
| 476 | 05/06/20 | Notice of Filing of Final Redacted Version of - (REDACTED) Declaration of Kahn Scolnick in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Ronald Burkle, Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 479 | 05/08/20 | [SEALED] Declaration of Ronald Burkle in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 481 | 05/11/20 | Declaration - (REDACTED) Declaration of Ronald Burkle in Support of Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Joseph Tomczak, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 502 | 08/14/20 | Transcript regarding Hearing Held 8/11/20 RE: Status. |
| 506 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 507 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Brief Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 508 | 08/21/20 | [SEALED] Brief - Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker. |
| 509 | 08/21/20 | Notice of Filing Proposed Redacted Version of Brief Memorandum of Points and Authorities in Support of Motion For Summary Judgment by Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, and Ira Tochner Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker. |
| 510 | 08/21/20 | [SEALED] Brief - Opposition to the Litigation Trustee's Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Ira Tochner, Derex Walker, Jos |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | Opdeweegh, and Jeff Pelletier Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 511 | 08/21/20 | [SEALED] Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 512 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner Filed by Catherine E. Youngman |
| 513 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Litigation Trustee's Opposition To The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner Filed by Catherine E. Youngman |
| 514 | 08/21/20 | [SEALED] Objection /Litigation Trustee's Opposition To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Catherine E. Youngman |
| 515 | 08/21/20 | Notice of Filing of Proposed Redacted Version of Litigation Trustee's Opposition To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Catherine E. Youngman |
| 516 | 08/21/20 | Declaration in Support /Declaration Of Gila S. Singer In Support Of Litigation Trustee's Oppositions To The Motion For Summary Judgment By Defendants Yucaipa American Alliance Fund I, L.P., And Yucaipa American Alliance (Parallel) Fund I, L.P., And The Motion For Summary Judgment By Ronald Burkle, Jos Opdeweegh, Derex Walker, Jeff Pelletier, And Ira Tochner |
| 519 | 08/26/20 | Notice of Filing of Proposed Redacted Version of Document - (REDACTED) Opposition to the Litigation Trustee's Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Ronald Burkle, Ira Tochner, Derex Walker, Jos Opdeweegh, and Jeff Pelletier Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 520 | 08/26/20 | Notice of Filing of Proposed Redacted Version of Document - (RDACTED) Declaration of Kahn Scolnick in Support of Yucaipa Defendants' Opposition to the Litigation Trustee's Motion for Summary Judgment Filed by Jos Opdeweegh, Jeff Pelletier, Ira Tochner, Derex Walker, Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance |

15

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | Fund I, L.P. |
| 533 | 12/01/20 | Stipulation of Voluntary Dismissal of Claims Against Former Director Defendants With Prejudice Between Catherine E. Youngman and Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P., Jos Opdeweegh, Derex Walker, Ira Tochner, and Jeff Pelletier, and Defendant Mark Gendregske . Filed by Catherine E. Youngman |
| 534 | 12/07/20 | Stipulation Voluntary Dismissal With Prejudice Solely With Respect to Defendant Ronald Burkle Between Catherine E. Youngman and Defendants Jos Opdeweegh, Derex Walker, Ira Tochner, Jeff Pelletier, and Ronald Burkle, and Defendants Yucaipa American Alliance Fund I, L.P., Yucaipa American Alliance (Parallel) Fund I, L.P. . Filed by Catherine E. Youngman |
| 535 | 12/18/20 | [SEALED]Memorandum of Law Litigation Trustees Reply Memorandum in Further Support of Motion for Summary Judgment Filed by Catherine E. Youngman |
| 536 | 12/18/20 | Memorandum of Law Litigation Trustee's Reply Memorandum in Further Support of Motion for Summary Judgment Filed by Catherine E. Youngman. |
| 537 | 12/18/20 | [SEALED] Declaration of Gila S. Singer in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 538 | 12/18/20 | Declaration of Gila S. Singer in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 539 | 12/18/20 | [SEALED] Declaration of Richard A. Ehrlich in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 540 | 12/18/20 | Notice of Proposed Redacted Version of Document: Declaration of Richard A. Ehrlich in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 541 | 12/18/20 | [SEALED] Declaration of Adam C. Harris in Support of Litigation Trustees Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 542 | 12/18/20 | Declaration of Adam C. Harris in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 543 | 12/18/20 | Declaration of Jeffrey A. Schaffer in Support of Litigation Trustee's Reply Memorandum in Further Support of Motion for Partial Summary Judgment Filed by Catherine E. Youngman |
| 544 | 12/18/20 | [SEALED] Reply in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and |

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 545 | 12/18/20 | [SEALED] Declaration of Maurice M. Suh in Further Support of Yucaipa Defendants' Motion for Summary Judgment Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 549 | 12/23/20 | Notice of Filing of Proposed Redacted Version of Document - (REDACTED) Reply in Support of Motion for Summary Judgment by Defendants Yucaipa American Alliance Fund I, L.P., and Yucaipa American Alliance (Parallel) Fund I, L.P. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 556 | 02/08/21 | Letter to Chief Judge Sontchi regarding letter briefs addressing Maxus case Filed by Catherine E. Youngman |
| 558 | 02/19/21 | Letter to the Honorable Christopher S. Sontchi from Kahn Scolnick Regarding Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 559 | 02/19/21 | Letter to Chief Judge Christopher S. Sontchi Filed by Catherine E. Youngman |
| 560 | 02/23/21 | Letter to the Honorable Christopher S. Sontchi Regarding Response to Litigation Trustee's Letter on Applicability of In re Maxus Energy Corp. Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 563 | 05/04/21 | Opinion |
| 564 | 05/04/21 | Order |
| 566 | 05/18/21 | Objection to Proposed Findings of Fact and Conclusions of Law Pursuant to FRBP 9033 Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 567 | 05/18/21 | Letter to Judge Sontchi Transmitting Proposed Judgment Filed by Catherine E. Youngman |
| 568 | 05/18/21 | Objection to Entry of Judgment and Additional Objections to the Proposed Form of Judgment Submitted by the Litigation Trustee; Request for Stay in the Alternative Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 574 | 06/22/21 | Litigation Trustee's Memorandum In Response To: (1) Yucaipa's Objections To Summary Judgment Opinion And Order, Entry Of Judgment, And Proposed Form Of Judgment, And (2) Questions From The Court Filed by Catherine E. Youngman |
| 575 | 06/22/21 | Letter to Chief Judge Sontchi regarding Amended Proposed Form of Judgment Filed by Catherine E. Youngman. |
| 576 | 06/22/21 | Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment Filed |

17

| Adv. Pro No. 14-50971, Docket No. | Date Filed | Description |
|---|---|---|
| | | by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 577 | 06/22/21 | Motion for Leave to File Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment  Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 578 | 06/23/21 | Order Granting Motion for Leave to File Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Reply in Further Support of Its Objections to the Entry of Judgment |
| 579 | 06/23/21 | Judgment |
| 583 | 06/25/21 | Motion To Stay Pending Appeal Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| | 06/25/21 | Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 585 | 06/25/21 | Order (WITH REVISION OF THE COURT) Granting Emergency Motion to Shorten Notice and Schedule Hearing on Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.'s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal |
| 586 | 06/25/21 | Notice of Hearing Regarding Defendants Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.s Motion for Stay of Effectiveness and Enforcement of Judgment Pending Appeal Pursuant to Bankruptcy Rules 7062 and 8007(a) Filed by Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. |
| 593 | 07/06/21 | ORDER STAYING ENFORCEMENT OF JUDGMENT |
| 594 | 07/06/21 | Notice of Appeal |

## Case No. 12-11564 (Main Bankruptcy Proceeding)

| | | |
|---|---|---|
| 1837 | 09/17/13 | Order [WITH REVISIONS BY THE COURT] (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets of the Debtors Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of all Liens, Claims, Encumbrances and Interests, (C) Authorizing the Assumption and Sale and Assignment of Certain Executory Contracts and Unexpired Leases, and (D) Granting Further |

| | | |
|---|---|---|
| | | Relief |
| 3014 | 06/17/15 | Disclosure Statement in Support of Debtors' Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents |
| 3360 | 12/03/15 | Notice of Filing Further Revised Version of Debtors' First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents |
| 3383 | 12/09/15 | Findings of Fact, Conclusions of Law, and Order Confirming the Modified First Amended Joint Chapter 11 Plan of Reorganization Proposed by the Debtors, the Committee and the First Lien Agents |

## II.     Statement of the Issues to be Presented on Appeal

1.      On June 23, 2021, the Bankruptcy Court entered a judgment resulting from the May 4, 2021 Opinion and Order granting in part and denying in part the cross-motions for summary judgment filed by Plaintiff Catherine E. Youngman (the "Litigation Trustee") and Defendants Yucaipa American Alliance (Parallel) Fund I, L.P., Yucaipa American Alliance Fund I, L.P. (collectively, "Yucaipa") in these two related adversary proceedings.  The Bankruptcy Court's Judgment should be reversed on appeal because, among other things, the Bankruptcy Court incorrectly entered a final judgment on non-core claims instead of proposed findings of fact and conclusions of law, resolved genuine disputed issues of material fact and failed to adhere to fundamental standards when ruling on summary judgment motions, and entered a partial judgment on certain claims that are actually intertwined with unadjudicated claims that will proceed to trial, thus prejudicing Yucaipa.

2.      There are no fewer than thirteen issues in this appeal:

    a.     First, whether the Bankruptcy Court abused its discretion by finding that there

         was no just reason for delay and issuing a judgment pursuant to Federal Rule

         of Civil Procedure 54 on Estate Claim 5 for Breach of Contract, Estate Claims

         10 and 11 for Constructive Fraudulent Transfer, and Estate Claim 13 for

Disallowance of Claims, against Yucaipa and in favor of the Litigation Trustee, thereby adjudicating fewer than all of the Estate Claims and leaving additional claims and remedies sought by the Lenders outstanding.  Among other things, since there are overlapping issues, the Court's summary adjudication will necessarily create confusion and potentially conflicting findings and rulings.

b. <u>Second</u>, whether the Bankruptcy Court exceeded its jurisdiction by issuing a judgment (rather than submitting proposed findings of fact and conclusions of law to the district court) on non-core claims when it entered judgment against Yucaipa and in favor of the Litigation Trustee on Estate Claim 5, for Breach of Contract, and whether this Court should treat the Opinion and Order upon which the Judgment is based as proposed findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 8018.1.

c. <u>Third</u>, whether the Bankruptcy Court erred in finding that the Litigation Trustee could enforce the capital contribution provision of the Third Amendment to the First Lien Credit Agreement ("Third Amendment") when it entered judgment against Yucaipa and in favor of the Litigation Trustee on Estate Claim 5, for Breach of Contract, including but not limited to because the Debtor was not an intended beneficiary of the provision, the Debtor waived its right to enforce the provision and/or the Debtor is otherwise estopped from doing so.

d. <u>Fourth</u>, whether the Bankruptcy Court erred by issuing a judgment against Yucaipa and in favor of the Litigation Trustee on Estate Claim 5, for Breach of Contract, when the record indicates at least a genuine issue of material fact as to the applicability of Yucaipa's affirmative defenses to that claim.

e.  <u>Fifth</u>, whether the Bankruptcy Court erred in finding that the Litigation Trustee proved the element of damages in connection with Estate Claim 5, for Breach of Contract.

f.  <u>Sixth</u>, whether the Bankruptcy Court erred in awarding $57.4 million in damages arising from Yucaipa's alleged breach of contract, when the record indicates at least a genuine issue of material fact as to the existence and amount of damages, if any.

g.  <u>Seventh</u>, whether the Bankruptcy Court erred in finding that the measure of damages for Estate Claim 5, for Breach of Contract, should be calculated as though Yucaipa would have made a capital contribution in cash pursuant to the Third Amendment, notwithstanding that, among other things, the Capital Contribution provision referred only to the contribution of Term Loans, not cash, and Yucaipa would not and could not have made the Capital Contribution in cash had it made a Capital Contribution pursuant to the Third Amendment.

h.  <u>Eighth</u>, whether the Bankruptcy Court erred in granting Summary Judgment on Estate Claim 5, for Breach of Contract, against Yucaipa and in favor of the Litigation Trustee, on the ground that the covenant not to sue, found in section 2.7(f)(v) of the Third Amendment, does not bar Estate Claim 5, including but not limited to because, (i) the provision unambiguously applies to bar Estate Claim 5, (ii) in the alternative, the record indicates at least a genuine issue of material fact as to the interpretation of section 2.7(f)(v), and (iii) in either event, the provision was intended to bar suit by the Debtor.

i. <u>Ninth</u>, whether the Bankruptcy Court erred in granting Summary Judgment on Estate Claims 10, 11, and 13, for Constructive Fraudulent Transfers and Disallowance of Claims, against Yucaipa and in favor of the Litigation Trustee, on the ground that the Debtor was not contractually obligated, under section 10.2 of the First Lien Credit Agreement, to reimburse Yucaipa for the applicable transfers, despite the existence of controverting evidence creating, at the least, a genuine issue of material fact.

j. <u>Tenth</u>, whether the Bankruptcy Court erred in granting Summary Judgment on Estate Claims 10, 11, and 13, for Constructive Fraudulent Transfers and Disallowance of Claims, against Yucaipa and in favor of the Litigation Trustee, on the ground that the Debtor was not contractually obligated under the Management and Monitoring Services Agreement, to reimburse and/or indemnify Yucaipa for the applicable transfers, despite the existence of controverting evidence creating, at the least, a genuine issue of material fact.

k. <u>Eleventh</u>, whether the Bankruptcy Court erred in granting Summary Judgment on Estate Claims 10, 11, and 13, for Constructive Fraudulent Transfer and Disallowance of Claims, against Yucaipa and in favor of the Litigation Trustee, on the ground that the Debtor did not receive reasonably equivalent value in exchange for the applicable transfers, despite the existence of controverting evidence creating, at the least, a genuine issue of material fact, including but not limited to because the record indicates at least a genuine issue of material fact as to direct and indirect value received by the Debtor in exchange for the applicable transfers and the amount thereof.

22

l. <u>Twelfth</u>, whether the Bankruptcy Court erred in granting Summary Judgment on Estate Claim 13, for Disallowance of Claims, against Yucaipa and in favor of the Litigation Trustee, despite controverting evidence creating, at the least, genuine issues of material fact as to Yucaipa's liability regarding the Fraudulent Transfer claims.

m. <u>Thirteenth</u>, whether the Bankruptcy Court erred in awarding prejudgment interest on the Fraudulent Transfer claims at a rate in excess of 6%.

## III.     Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(B) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

*     *     *

Yucaipa reserves any and all rights to amend this Designation of Record on Appeal and Statement of the Issues to Be Presented on Appeal, each as set forth herein, including, without limitation, to identify and to include additional issues and items for inclusion in the record on appeal.

[Remainder of Page Left Intentionally Blank]

23

Dated:  July 19, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN &
SHAPIRO LLP
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
         ggrant@glaserweil.com
         mbernstein@glaserweil.com

Counsel for Appellant Yucaipa American Alliance
Fund I, L.P. and Yucaipa American Alliance
(Parallel) Fund I, L.P.