IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: ASHINC CORPORATION, *et al.*, | : | Chapter 11 |
| | : | Bankr. No. 12-11564 (CSS) |
| Debtors. | : | (Jointly Administered) |

---

| | | |
|---|---|---|
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS, | : : : : : : : : | |
| | : | Civ. No. 21-994-CFC |
| Plaintiff, | : : | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | : : : : | |
| Intervenors, | : : | |
| v. | : : | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., AND YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | : : : : | |
| Defendants. | : | |

---

CATHERINE E. YOUNGMAN,                      :
LITIGATION TRUSTEE FOR ASHINC               :
CORPORATION, ET AL., AS                     :
SUCCESSOR TO BDCM OPPORTUNITY               :
FUND II, LP, BLACK DIAMOND                  :
COMMERCIAL FINANCE, L.L.C., as              :
co-administrative agent, and SPECTRUM       :
COMMERCIAL FINANCE LLC, as                  :
co-administrative agent,                    :
                                            :     Civ. No. 21-995-CFC
            Plaintiff,                      :
                                            :
YUCAIPA AMERICAN ALLIANCE FUND:
I, L.P., and YUCAIPA AMERICAN               :
ALLIANCE (PARALLEL) FUND I, L.P.,           :
                                            :
            Defendants.                     :

---

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1.     The Emergency Motion (D.I. 4) is DENIED.

Entered this Second day of August 2021.

_____
CONNOLLY, CHIEF JUDGE