

Citizens Bank Center
919 N. Market Street
Suite 300
Wilmington, DE 19899-2323
Tel (302) 654-7444  Fax (302) 656-8920
www.foxrothschild.com

SETH A. NIEDERMAN
Direct No: 302.622.4238
Email: SNiederman@FoxRothschild.com

August 16, 2023

**BY ELECTRONIC MAIL AND ECF**

The Honorable Colm F. Connolly, Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Wilmington, Delaware 19801-3555

Re:    **Youngman, et al. v. Yucaipa American Alliance Fund II, L.P. et al.**
       **Case No. 21-cv-994 (D. Del) (CFC)**

Dear Judge Connolly:

After many months of negotiating, I am pleased to report that the parties have now executed a global settlement agreement that will resolve all matters related to the above-refenced adversary proceeding.  The cases will be dismissed upon the effective date of the Settlement, which is scheduled to occur in September, 2023.

We will keep the Court apprised of any developments and are available at the Court's convenience if it has any questions.

Respectfully,

*/s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)

cc (*via email*):
Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Peter J. Keane, Esq.
Patricia L. Glaser, Esq.

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington

148412431.1