# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ASHINC Corporation, *et al.*, | Case No. 12-11564 (MFW) (Jointly Administered) |
| Debtors. | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | Adv. Proc. No. 13-50530 (MFW) |
| Appellants-Defendants, | |
| v. | Civ. No. 1:21-cv-00994 (CFC) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET. AL., AS SUCCESSOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ASHINC CORPORATION, AND ITS AFFILIATED DEBTORS | |
| Appellees-Plaintiff, | |
| BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., and SPECTRUM INVESTMENT PARTNERS, L.P., | |
| Intervenors, | |
| YUCAIPA AMERICAN ALLIANCE FUND I, L.P., and YUCAIPA AMERICAN ALLIANCE (PARALLEL) FUND I, L.P., | Adv. Proc. No. 14-50971 (MFW) |
| Appellants-Defendants, | |
| v. | Civ. No. 1:21-cv-00995 (CFC) |
| CATHERINE E. YOUNGMAN, LITIGATION TRUSTEE FOR ASHINC CORPORATION, ET AL., AS SUCCESSOR TO BDCM OPPORTUNITY FUND II, LP, BLACK DIAMOND CLO 2005-1 LTD., SPECTRUM | |

INVESTMENT PARTNERS, L.P., BLACK DIAMOND
COMMERCIAL FINANCE, L.L.C., as co-administrative
agent, and SPECTRUM COMMERCIAL FINANCE LLC,
as co-administrative agent,

                    Appellees-Plaintiff.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 8023 of

the Federal Rules of Bankruptcy Procedure, Appellee-Plaintiff Catherine E. Youngman, as

Litigation Trustee for ASHINC Corporation and related debtors, and Appellants-Defendants

Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.,

hereby stipulate and agree that the above-captioned appeal be dismissed in its entirety with

prejudice with each party bearing its own costs, fees and expenses.

*[Signature Page Follows]*

2

Dated: August 10, 2023
Wilmington, Delaware

**STIPULATED AND AGREED**:

FOX ROTHSCHILD LLP

*/s/        Seth A. Niederman*
Seth A. Niederman (DE Bar No. 4588) Citizens Bank Center
919 N. Market Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 654-7444
Email: sniederman@foxrothschild.com

-and-

JOSEPH HAGE AARONSON LLC
Gregory P. Joseph
Gila S. Singer
800 Third Avenue, 30th Floor
New York, NY 10022
Telephone: (212) 407-1200
Email: gjoseph@jhany.com

-and-

ZAIGER LLC
Jeffrey H. Zaiger
Judd A. Lindenfeld
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Telephone: (917) 572-7701
Email: jzaiger@zaigerllc.com

-and-

COHEN AND GRESSER LLP
Douglas J. Pepe
800 Third Avenue
New York, NY 10022
Telephone: (212) 957-7605
Email: dpepe@cohengresser.com

*Counsel for the Trustee*

PACHULSKI STANG ZIEHL & JONES LLP

*/s/        Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Fax: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com

-and-

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
Patricia L. Glaser (admitted pro hac vice)
Gali Grant (admitted pro hac vice)
Matthew P. Bernstein (admitted pro hac vice)
10250 Constellation Blvd.
19th Floor
Los Angeles, CA 90067
Telephone: (310) 553-3000
Fax: (310) 556-2920
Email: pglaser@glaserweil.com
        ggrant@glaserweil.com
        mbernstein@glaserweil.com

*Counsel for Yucaipa American Alliance Fund I, L.P. and Yucaipa American Alliance (Parallel) Fund I, L.P.*

Agreed to By Intervenors:

INTERVENOR: BDCM OPPORTUNITY FUND II, LP
BY: BDCM Opportunity Fund II Adviser, L.L.C., its Investment Manager

By: _____

      Name:   Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: BLACK DIAMOND CLO 2005-1 LTD.
BY: Black Diamond Credit Strategies Fund Ltd.,
as assignee from Black Diamond CLO 2005-1 Adviser, L.L.C., its Collateral Manager

By: _____

      Name:   Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: SPECTRUM INVESTMENT PARTNERS, L.P.
BY: Spectrum Group Management LLC, as Investment Manager


By: _____

      Name:   Jeffrey A. Schaffer
      Title:   Managing Member

Agreed to By Intervenors:

INTERVENOR: BDCM OPPORTUNITY FUND II, LP
BY: BDCM Opportunity Fund II Adviser, L.L.C., its Investment Manager


By: _____
      Name:  Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: BLACK DIAMOND CLO 2005-1 LTD.
BY: Black Diamond Credit Strategies Fund Ltd.,
as assignee from Black Diamond CLO 2005-1 Adviser, L.L.C., its Collateral Manager


By: _____
      Name:  Stephen H. Deckoff
      Title:   Managing Principal

INTERVENOR: SPECTRUM INVESTMENT PARTNERS, L.P.
BY: Spectrum Group Management LLC, as Investment Manager

By: _____
      Name:  Jeffrey A. Schaffer
      Title:   Managing Member